IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

CHRISTOPHER FARRIS and )
CALEB SAUNDERS, on behalf of )
themselves and others similarly )
situated, )
)
    Plaintiffs, )
)
vs. )
)
SCHLUMBERGER TECHNOLOGY )
CORPORATION, AARON )
BOOGAERTS and SHERRI ROSS, )
) Case No. 3AN-15-11175 Civil
    Defendants. )

COPY
Original Received
DEC 08 2015
Clerk of the Trial Courts

## COMPLAINT

Plaintiffs Christopher Farris and Caleb Saunders, on behalf of themselves and others similarly situated, by and through their attorney, Kenneth W. Legacki, allege and complain against Defendants Schlumberger Technology Corporation, Aaron Boogaerts and Sherri Ross as follows:

I

This is an action to recover unpaid overtime compensation under the Alaska Wage and Hour Act, AS 23.05.140, AS 23.10.060 and AS 23.10.110.

II

Venue lies within this judicial district, since all of the actions complained of herein occurred within the Third Judicial District of Alaska. Defendants maintain facilities within this judicial district or reside in this judicial district.

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

### III

At all times relevant and material herein, Plaintiffs Farris and Saunders were employees of Defendant Schlumberger.

### IV

Plaintiffs have worked in excess of eight (8) hours a day and forty (40) hours per workweek without receipt of overtime compensation according to the Alaska Wage and Hour Act.

### V

As a result of the foregoing unlawful conduct on the part of the Defendants, Plaintiffs have suffered and continue to suffer damages in an amount not presently ascertainable, but in excess of $100,000, the exact amount to be proven at trial. Plaintiffs further seek liquidated damages as a result of Defendants' willful failure and refusal to pay overtime wages in an amount equal to the amount of compensation owed for overtime wages.

WHEREFORE, Plaintiffs Christopher Farris and Caleb Saunders, on behalf of themselves and others similarly situated, pray that the Court:

1. Enter judgment for the Plaintiffs and against Defendants on the basis of Defendants' violations of the Alaska Wage and Hour Act;

2. Award Plaintiffs damages in the amount shown to be owed for overtime compensation, with interest;

3. Award Plaintiffs an equal amount in liquidated damages;

4. Award Plaintiffs attorney's fees and costs incurred in pursuit of this action;

COMPLAINT
Farris/Saunders v. Schlumberger
Page 2 of 3

NNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
NCHORAGE, AK 99501
(907) 258-2422
AX (907) 278-4848

5. Grant Plaintiffs damages pursuant to AS 23.05.140(d); and

6. Grant such other and further relief as the Court deems equitable and just.

DATED this 8th day of December, 2015, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiffs

By _____
Kenneth W. Legacki
Alaska Bar No. 8310132

COMPLAINT
Farris/Saunders v. Schlumberger
Page 3 of 3

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848